UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, Sr., | No. 2:15-cv-0783 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. FORTUNE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On April 21, 2015, and again, on May 12, 2015, plaintiff was directed to submit a completed application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, obtained the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, the certification required on the application form.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

/////

1

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: May 27, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ sing0783.3e